**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**WILLIE MAUDE JACKSON,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

Civil Action 7:12-CV-90143 (HL)
Case No. 7:95-CR-32-3 (HL)

**ORDER**

The Recommendation (Doc. 343) of United States Magistrate Judge Thomas Q. Langstaff is before the Court. The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 341) be dismissed and a Certificate of Appealability denied. Petitioner has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation. The Motion to Vacate, Set Aside, or Correct Sentence is dismissed. A Certificate of Appealability is denied.

**SO ORDERED**, this the 3rd day of December, 2012.

                */s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh